John W. Barker *
Gary W. Patterson, Jr. * ●
Jeffrey R. Nichols * ●
Mamie Stathatos-Fulgieri *
Dylan Braverman *
Kiki Chrisomallides * ●
Scott A. Singer *
Gregg D. Weinstock *●+¤
Adam S. Covitt *+
Megan A. Lawless *●
Ralph Vincent Morales *

Kevin D. Porter *
Susan Vari *
Brian Andrews *
Edward J. Arevalo *
Robert Boccio *
Dawn Bristol *
Conrad A. Chayes, Jr. *
Gilbert H. Choi *
Joshua R. Cohen *
Charles K. Faillace *
Taryn M. Fitzgerald *

Danielle M. Hansen *
Anna Hock *
Thomas Jaffa *
Gemma Kenney *●+
Douglas Langholz*
Timothy P. Lewis ¤
Jennifer M. Lobaito *
Rosemary E. Martinson*●
Neil Mascolo, Jr. *
Christian McCarthy *●
Adonaid Medina *●
Michael Milchan *
Joseph P. Muscarella *
Miles S. Reiner *
Bhalinder L. Rikhye *
Matthew Shindell ●Δ
Tammy A. Trees *
Karolina Wiaderna *
Arthur I. Yankowitz *+

Allen Alex †
Cielle Avena ●
Danielle M. Barfield ¤
Zachary Benoit *
Theresa A. Bohm *
Angela R. Bonica *●+
Kelly Bronner *
Olivia R. Connor ¤
Raymond Farrell *●
Andrew M. Hansen ● Δ
Lauren P. Ingvoldstad†
Courtney Kennedy *
Rachel McGarry * ● Δ
Jeremy Moldovan * ● Δ
Alexandra Nieto *
Kayla Nieves *●
Daniel O'Connell *●¤
Gunjan Persaud *
Alesha N. Powell *●+
Brandon Wong *
Samuel Youssof ●Δ
Alexandra Zerrillo *●+
Spiridoula Zolotas *

*Of Counsel*
David M. Bierman ¤
Tricia M. Criscito *
Brian DiPentima *●
Roseann V. Driscoll *
Joseph D. Furlong *
Rani B. Kulkarni *
Nicole E. Martone *
Seema Palmerson *
Bonnie LS. Parente *
Carolyn Rankin *
Nicole C. Salerno *●
Valerie L. Siragusa *
Gonzalo Suarez *

* Admitted to Practice in NY
● Admitted to Practice in NJ
+ Admitted to Practice in CT
Δ Admitted to Practice in PA
¤ Admitted to Practice in FL
† Admission Pending



July 31, 2025

**<u>Via ECF</u>**
Magistrate Judge Gary Stein
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:   *Daniel De Oliveira, MD v. Tenet Healthcare, et al.* (25-cv-01683)
      *Daniel De Oliveira, MD v. Valley Baptist Realty Company, LLC, et al.*, (25-cv-01753)
      *Daniel De Oliveira, MD v. VHS Harlingen Hospital Company, LLC, et al.*, (25-cv-01754)
      <u>BPN File No.: 0456-001</u>

Dear Magistrate Judge Stein:

      This letter is respectfully submitted further to the Letter Motion filed by the undersigned on June 26, 2025 (ECF No. 320) and accompanying Declaration (ECF No. 321).

      Briefly, pursuant to Local Rule 1.4, undersigned counsel hereby submitted to the Court a proposed Stipulation and Order of Substitution of Counsel, substituting the law firm of Haynes and Boone, LLP (through Leslie C. Thorne) ("Incoming Counsel") for the law firm of Barker Patterson Nichols (through Alexndra Nicole Nieto and Gregg Douglas Weinstock) ("Outgoing Counsel") as counsel of record for Defendants Tenet Healthcare Corporation ("Tenet"), Valley Baptist Realty Company, LLC ("Valley"), and VHS Harlingen Hospital Company, LLC ("VHS") in the three (3) matters referenced above.

      Tenet, Valley, and VHS respectfully request that this Court so-order the Stipulation and [Proposed] Order for Substitution of Counsel filed as ECF No. 320, which has been signed by Incoming Counsel, Outgoing Counsel, and an authorized representative of Defendants Tenet, Valley, and VHS. *See* S.D.N.Y. Local Rule 1.4 & Committee Note; *Alderson v. Devere USA, Inc.*, 2020 U.S. Dist. LEXIS 91530, at *4-5 (S.D.N.Y. May 26, 2020) (observing that the Court "so-ordered" a "stipulation and request to substitute" counsel).

On June 30, 2025, Incoming Counsel timely filed a Pre-Answer Motion to Dismiss on behalf of Defendants, Tenet, Valley, and VHS, pursuant to the Court Order of May 6, 2025 setting forth the deadline for said defendants to respond to plaintiff's Complaint.

Outgoing counsel is not asserting a retaining or charging lien in connection with their defense of Defendants, Tenet, Valley, and VHS, in these matters.

Respectfully submitted,

*Alexandra Nieto*

Alexandra N. Nieto

cc: **Via ECF**
Daniel De Oliveira, M.D.
All counsel of record